**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

Flava Works, Inc

                Plaintiff,

v.                                   Case No.: 1:17−cv−05957
                                   Honorable Amy J. St. Eve

Marc Juris

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 17, 2017:

      MINUTE entry before the Honorable Amy J. St. Eve: Initial status hearing set for 9/26/17 at 8:30 a.m. in courtroom 1241. Parties shall refer to Judge St. Eve's web page at www.ilnd.uscourts.gov and file a Rule 26(f) Initial Status Report by 9/21/17 as set forth in the Rule 26(f) Report procedure. If the defendant has not been served as of 9/21/17, the Court will continue the filing date for the Rule 26(f) Report until the defendant is served. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.