

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                                            **312-435-5670**
**Clerk**

Date:  8/17/2017

Juneitha S. Shambee
Shambee Law Office, Ltd
P.O. Box 91
Evanston, IL 60204-0091

Re: Flava Works, Inc v. Juris
USDC Case Number: 17-cv-05957

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received.
Additional information is required for the completion of reports that are forwarded by this office to
Washington, D.C.

The following additional information is required:

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT | HOLDER OF COPYRIGHT |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Please provide this information within ten (10) days of today's date.

Sincerely,
Thomas G. Bruton, Clerk

By: /s/ Paula Harrison
        Deputy Clerk

Rev. 11/18/2016