UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Flava Works, Inc.,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-cv-05957 |
| | ) | |
| v. | ) | |
| | ) | |
| **Marc Juris** | ) | |
| | ) | |
| Defendant. | ) | |

## STATUS REPORT

NOW COMES, Plaintiffs, Flava Works, Inc., by and through its counsel, and pursuant to Rule 26(f), hereby files this Status Report regarding the progress of the case before Judge Amy St. Eve, and states as following:

1. Plaintiffs filed its Complaint on August 15, 2017 for Copyright Infringement.
2. On August 16, 2017, Summons was issued to Defendant.
3. Plaintiffs sent out service for Defendant after being notified that Defendant would not waived service.
4. Service has not been completed at this time and is still being attempted at this date.
5. Plaintiff is requesting an extension of time to execute service on Defendant.

WHEREFORE, Plaintiff, FLAVA WORKS, INC., requests for an extension of time to serve the defendant and file initial disclosures and any other relief this court deems just and proper.


DATED:   September 21, 2017

                                                 Respectfully Submitted,
                                                 s/ Juneitha Shambee, Esq.
                                                 Shambee Law Office, Ltd.
                                                 701 Main Street, #203

                                    Evanston, IL. 60202
                                    (773) 741-3602
                                    (773) 945-6365 (fax)
                                    juneitha@shambeelaw.com
                                    ARDC# 6308145