# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Flava Works, Inc., | ) |
| | ) |
| Plaintiff, | ) Case No. 17-cv-05957 |
| | ) |
| v. | ) |
| | ) |
| Marc Juris | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S STATUS REPORT

NOW COMES, Plaintiffs, Flava Works, Inc., by and through its counsel, and pursuant to Rule 26(f), hereby files this Status Report regarding the progress of the case before Judge Amy St. Eve, and states as following:

1. **The Nature of the Case**

    a. Identify the attorneys of record for each party, including the lead trial attorney.

    Juneitha Shambee (Lead Attorney- Plaintiff)
    Shambee Law Office, Ltd.
    701 Main Street, Suite #203
    Evanston, IL. 60202
    juneitha@shambeelaw.com

    b. State the basis for federal jurisdiction and, if diversity, state the domicile of all parties.

    Federal question under 17 U.S.C. § 101 with supplemental jurisdictions for Plaintiff's common law contracts claims. Plaintiff also intends to amend its Complaint, therein stating further federal question counts.

    c. Describe the nature of the claims asserted in the complaint and any counterclaims.

    As the claim stands now, Copyright Infringement in violation of the

Copyright Act (direct, contributory, vicarious and inducement) and breach of contract.

d. State the major legal and factual issues anticipated in the case.

Without the Defendant's responsive pleading being filed at this time, Plaintiff cannot anticipate what issue will arise in this matter.

e. Describe the relief sought by the plaintiff(s).

Monetary damages is sought by the plaintiff as well as injunctive relief.

2. **Pending Motions and Case Plan**

a. Identify all pending motions.

There are no pending motions before the court.

b. Confirm that the parties have read the Standing Order for the MID Pilot. Describe your discussions regarding MID, including resolved and unresolved disagreements regarding such discovery.

Plaintiff has read the Standing Order. No discussions has been had with the Defendants in regards to discovery.

c. Submit a proposal for discovery and a case management plan, including the following information:

(1) The general type of discovery needed.

(2) A date to issue written discovery;

(3) A fact discovery completion date;

(4) An expert discovery completion date, including dates for the delivery of expert reports;

(5) A date for the filing of supplementation of MID; and

(6) A for the filing of dispositive motions.

Plaintiff will seek discovery of all email account names and memberships to certain websites, torrents sites, file sharing and file locker sites, list of all videos uploaded and shared, last four digits of all credit card numbers during a specified time period, all addresses where he resided within a specified amount of time, all IP addresses owned and used on private servers within a specified time frame.

Issued discovery can be issued according to the MID timeline, which in this matter would be December 1, 2017. Fact discovery should be completed by the end of the year. If experts are needed, Plaintiffs will follow date proposed by Defendants. Plaintiff will also seek to have Defendants to preserve certain evidence, such as his current membership information with the above mentioned websites, any torrent websites, any file locker sites and all sign up information thereto.

d. Discuss the anticipated scope, if any, of electronically stored information, ("ESI") in the case and the potential methodologies for identifying ESI for production. Submit the parties' agreement regarding ESI and identify any areas of disagreement regarding ESI.

Plaintiff will seek all ESI currently stored on all Defendants known and unknown platforms. Plaintiff, without having discussed such with Defendant, anticipates the cooperation of Defendant in being forthcoming with such information, as Plaintiff intends to cooperate fully in such discovery process. Such information will includes downloaded and uploaded content belonging to Plaintiff.

3. **Consent to Proceed Before a Magistrate Judge**

Plaintiff consents to proceed before a Magistrate Judge.

4. **Status of Settlement Discussions**

   a. Indicate whether any settlement discussions have occurred;

   No settlement discussions has been made, but Plaintiff is open to such talks.

   b. Describe the status of any settlement discussions; and

   None at this time.

   c. Indicate whether the parties request a settlement conference.

   Plaintiff is open to a settlement conference.

DATED: October 23, 2017

Respectfully Submitted,
s/ Juneitha Shambee, Esq.
Shambee Law Office, Ltd.
701 Main Street, #203
Evanston, IL. 60202
(773) 741-3602
(773) 945-6365 (fax)
juneitha@shambeelaw.com
ARDC# 6308145