# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Flava Works, Inc.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 17-cv-05957** |
| | ) | |
| v. | ) | |
| | ) | |
| **Marc Juris** | ) | |
| | ) | |
| **Defendant.** | ) | |

<u>NOTICE OF FILING</u>

TO: All Counsel of Record

    PLEASE TAKE NOTICE that on **October 23, 2017**, I have cause to be filed with the Clerk of the Court, the attached *Plaintiff's Status Report*.

                                                  <u>s/Juneitha Shambee</u>
                                                  Shambee Law Office, Ltd.

<u>CERTIFICATE OF SERVICE</u>

    The undersigned, certifies under penalties of perjury, pursuant to 28 U.S. Code § 1746 and Section 1-109 of the Code of Civil Procedure, that I served this Notice along with the attachments through the ECF filing system on **October 23, 2017**.

                                                  <u>s/Juneitha Shambee</u>
                                                  Attorney

Shambee Law Office, Ltd.
701 Main Street, #203
Evanston Illinois 60202
Attorney No. 6308145