## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Flava Works, Inc.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 17-cv- 5957** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Marc Juris.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |
| **Marc Juris,** | ) | |
| | ) | |
| **Counter-Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Flava Works, Inc.,** | ) | |
| | ) | |
| **Counter-Defendant.** | ) | |

## MOTION FOR EXTENSION OF TIME TO RESPOND

NOW COMES Plaintiff, FLAVA WORKS, INC. (hereinafter referred to as "FW" or Plaintiff), by and through its undersigned counsel, and pursuant to the applicable Federal Rule of Civil Procedure 6(b) and Florida Rule of Civil Procedure 1.090, respectfully requests this Honorable Court to enter an Order granting it an extension of Respond to Defendants Motion to Implead filed on May 20, 2016 [D.E. 124], and in support thereof states as following:

1. The Defendant filed its Answer along with Affirmative Defenses and Counterclaims on 11/28/2017.

2. Plaintiff was unable to respond in a timely matter to Defendant's Affirmative Defenses and Counterclaims due to time constraints and unforeseen matters.

3. This motion is not meant to delay the process and Plaintiff have attached its Responses to this Motion. See attached as Exhibit A.

4. Allowing Plaintiff's an extension of time will not unduly burden Defendants and if any burden is placed in Defendants, the prejudiced that will be suffered by Plaintiffs if the motion is not granted will greatly outweigh Defendant's burden.

WHEREFORE, Plaintiff, Flava Works, Inc., respectfully requests that this Honorable Court enters an Order stating that:

    A. Plaintiff's Motion is granted;

    B. Deemed the attached Responses as timely filed; and

    C. Any further relief as this Court deems just and proper.

Undersigned counsel for Plaintiff, Flava Works, Inc., certifies that she has attempted to confer with Defendants in a good faith effort to resolve the issues raised in this motion by sending an email to Defendants at the email on file at 5:06 pm CST on December 21, 2017. Opposing Counsel did not respond.

Dated: December 21, 2017

    Respectfully submitted,

    Shambee Law Office, Ltd.
    701 Main Street, Ste. #203
    Evanston, IL. 60202
    Phone: (773) 741-3602
    Fax:    (773) 945-6365
    juneitha@shambeelaw.com
    shambeelaw@gmail.com

    By:    s/Juneitha Shambee, Esq.
            Juneitha Shambee, Esq.

Atty. No.: 6308145

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, this 21st day of December, 2017. I also certify that the foregoing document is being served this day on all counsel of record on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ Juneitha Shambee, Esq.
Juneitha S. Shambee, Esq.

## **SERVICE LIST**

Mark J. Geragos (lead trial attorney)
David Erikson (motion for leave to appear pro hac to be filed)
Geragos & Geragos, APC
644 South Figueroa Street
Los Angeles, CA 90017
mark@geragos.com
erikson@geragos.com
VIA CM/ECF

Steven A. Hart
John (Jack) Backes Prior
Hart McLaughlin & Eldridge, LLC
121 W. Wacker Drive, Suite 1050
Chicago, Illinois 60601
shart@hmelegal.com
jprior@hmelegal.com
VIA CM/ECF