UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Flava Works, Inc
        Plaintiff,

v.                  Case No.: 1:17−cv−05957
                 Honorable Amy J. St. Eve

Marc Juris
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 22, 2017:

  MINUTE entry before the Honorable Amy J. St. Eve: Plaintiff's motion for extension of time [33] is granted. Counsel shall separately file its answer to defendant's affirmative defenses and counterclaims upon receipt of this order. No appearance is required on the 1/8/18 notice motion date. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.