UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Flava Works, Inc.,** | ) |
| **Plaintiff,** | ) Case No. 17-cv- 5957 |
| v. | ) |
| **Marc Juris.** | ) |
| **Defendant.** | ) |
| **Marc Juris,** | ) |
| **Counter-Plaintiff,** | ) |
| v. | ) |
| **Flava Works, Inc.,** | ) |
| **Counter-Defendant.** | ) |

**MOTION FOR NEW COURT DATE**

NOW COMES Plaintiff, FLAVA WORKS, INC., by and through undersigned, for its Emergency Motion for New Court Date, and states as following:

1. This matter was motion before the court to be heard on January 29, 2018 on Defendant's Motion for a Protective Order.
2. The parties are unable to agree on one term in the protective order, which is why the Defendant brought his motion.
3. Counsel for Plaintiff is unable to appear before the court on that day due to a previously scheduled court date in a different court at 9am.
4. Counsel informed Defendant's counsel of the same, but there was no response to Plaintiff's counsel.
5. Plaintiff is not filing this motion to cause undue delay and Defendants will not suffer any prejudice if this motion is granted.
6. On the other hand, Plaintiff will suffer a prejudice is this motion is not granted because it will be able to have its day in court on Defendant's motion.

WHEREFORE, Plaintiff, FLAVA WORKS, INC., requests this Honorable court enters an Order:

    A. Granting a new court date, until February 1, 2018; AND

    B. For such other relief it deems proper and just.

                    Respectfully,

                      s/Juneitha Shambee
                      Shambee Law Office, Ltd.
                      701 Main Street, #203
                      Evanston, IL. 60202
                      Attorney No.: 6308145
                      juneitha@shambeelaw.com