# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Flava Works, Inc

                    Plaintiff,

v.                                                               Case No.: 1:17–cv–05957

                                                                          Honorable Amy J. St. Eve

Marc Juris

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 1, 2018:

      MINUTE entry before the Honorable Amy J. St. Eve: Motion hearing held on 2/1/2018. Defendants' motion for entry of confidentiality order [39] is granted. Defendant has shown good cause of the contested language. Counsel shall email a clean version of the order to Judge St. Eve's proposed order email address. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.