**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Flava Works, Inc

                        Plaintiff,

v.                                                    Case No.: 1:17–cv–05957
                                                        Honorable Amy J. St. Eve

Marc Juris

                        Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeffrey Cole for the purpose of holding proceedings related to: settlement conference.(kef, )Mailed notice.

Dated: May 16, 2018

                                                                                  /s/ Amy J. St. Eve

                                                                   United States District Judge