UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Flava Works, Inc
                         Plaintiff,

v.                                           Case No.: 1:17−cv−05957
                                                      Honorable Amy J. St. Eve

Marc Juris
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 16, 2018:

       MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 5/16/2018 and continued to 7/17/2018 at 08:30 AM. Fact discovery cutoff is extended to 9/7/18. No further extensions likely. Final supplementation of MID by 10/5/18. Burden of proof expert disclosures by 10/5/18. Rebuttal expert disclosures by 11/5/18. All expert discovery shall be completed by 12/21/18. Any potentially dispositive motion, with supporting memorandum, shall be filed by 1/31/19. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.