UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Flava Works, Inc
                Plaintiff,

v.                                     Case No.: 1:17–cv–05957
                                       Honorable Joan B. Gottschall

Marc Juris
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 13, 2018:

      MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to the ECF No. [57], this case is set for a status hearing before Judge Gottschall on 8/1/18 at 9:30 a.m. in Courtroom 2325.Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.