UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Flava Works, Inc
                Plaintiff,

v.                                           Case No.: 1:17−cv−05957
                                                     Honorable Joan B. Gottschall

Marc Juris
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 1, 2018:

      MINUTE entry before the Honorable Joan B. Gottschall: Status hearing held. Defendant's counsel appeared when the case was called and the hearing was held. Counsel for plaintiff appeared after the case was called. Counsel for defendant reported that the settlement conference was unsuccessful. Per the 5/16/18 minute order, the discovery cutoff is presently 9/7/18. At the next status hearing, the parties should be prepared to discuss setting a new discovery schedule. Status hearing set for 9/7/18 at 9:30 a.m. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.