# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Flava Works, Inc

                Plaintiff,

v.                                             Case No.: 1:17−cv−05957
                                            Honorable Joan B. Gottschall

Marc Juris

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 7, 2018:

      MINUTE entry before the Honorable Joan B. Gottschall: Status hearing held. The parties reported on the status of discovery, including outstanding depositions of fact witnesses. Fact discovery cutoff is 12/6/18. Status hearing is set for 12/12/18 at 9:30 a.m. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.