UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Flava Works, Inc
                         Plaintiff,

v.                                                 Case No.: 1:17−cv−05957
                                                      Honorable Joan B. Gottschall

Marc Juris
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 12, 2018:

      MINUTE entry before the Honorable Joan B. Gottschall: Status hearing held on 12/12/2018. The parties are discussing settlement and requested additional time to continue their efforts. A status hearing is set for 2/6/19 at 9:30 a.m. If a stipulation to dismiss is filed prior to the next status hearing, no appearance will be necessary. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.