UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. 1:17-cv-05957

FLAVA WORKS, INC.,
Plaintiff,

Vs.

Marc Juris,

Defendant.

**FILED**
APR 08 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## PLAINTIFF'S MOTION FOR EXTENTION OF TIME TO HIRE NEW COUNSEL

NOW COMES, Plaintiff, FLAVA WORKS, INC., by and through the CEO, Phillip Bleicher, requesting to hire new counsel and states as following:

1. On April 8, 2019, Plaintiff has terminated Staff Attorney Juneitha Shambee from her employment for negligence and breach of contract;

**Wherefore**; Plaintiff Flava Works, Inc., respectfully requests This Honorable Court to allow thirty (30) days to hire new counsel.

Respectfully Submitted,

Phillip Bleicher, CEO
Flava Works, Inc.
3526 South Prairie Ave
Chicago IL 60653

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served via US Mail on 04/08/2019 on all counsel or parties of record on the Service List below.

/s/Phillip Bleicher
CEO
Flava Works, Inc.

**SERVICE LIST**

John (Jack) Backes Prior
jprior@hmelegal.com

Hart McLaughlin & Eldridge
22 W Washington St # 1600
Chicago IL 60602