## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Flava Works, Inc. v. Marc Juris  Case Number: 17 cv 05957

An appearance is hereby filed by the undersigned as attorney for:
Flava Works, Inc.

Attorney name (type or print): Bryan E. Moore

Firm: Law Office of Bryan E. Moore

Street address: 2343 W. Cortez

City/State/Zip: Chicago

Bar ID Number: IL 6301878    Telephone Number: (312) 909-0004
(See item 3 in instructions)

Email Address: bemoore@bemesq.com

Are you acting as lead counsel in this case?  ☑ Yes  ☐ No

Are you acting as local counsel in this case?  ☑ Yes  ☐ No

Are you a member of the court's trial bar?  ☐ Yes  ☑ No

If this case reaches trial, will you act as the trial attorney?  ☑ Yes  ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  April 10, 2019

Attorney signature:   S/ Bryan E, Moore
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015