# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **Flava Works, Inc.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 17-cv- 5957** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Marc Juris** | ) | |
| | ) | |
| **Defendant.** | ) | |

NOTICE OF MOTION

TO: All Counsel of Record

PLEASE TAKE NOTICE that on **July 17, 2019** at **9:30 a.m**. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Gottschall____, or any judge sitting in his/her stead in Courtroom 2325 of The Dirksen Federal Building, 219 S. Dearborn Street., Chicago, Illinois 60601 and then and there present the attached *Motion for Extenstion to file Response to Motion to Quash and Motion to Seal Response.*

      s/ Juneitha Shambee_____
      Shambee Law Office, Ltd.

CERTIFICATE OF SERVICE

The undersigned, certifies under penalties of perjury, pursuant to 28 U.S. Code § 1746 and Section 1-109 of the Code of Civil Procedure, that I served this Notice along with the attachments through the ECF filing system on **July 12, 2019**.

      s/Juneitha Shambee_____
      Attorney

Shambee Law Office, Ltd.
701 Main, St. #200A
Evanston Illinois 60202
Attorney No. 6308145