IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Flava Works, Inc., | ) |
| | ) |
|     Plaintiff, | )    Case No. 17-cv- 5957 |
| | ) |
| v. | ) |
| | ) |
| Marc Juris | ) |
| | ) |
|     Defendant. | ) |

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES Shambee Law Office, Ltd. (hereinafter, "SLOL"), attorneys at law licensed to practice before this Court, and it files its Motion to Withdraw as Counsel for the Plaintiff in this cause, FLAVA WORKS, INC., and as reasons for the motion it states:

1. SLOL was retained by the Defendants to represent them in this cause.

2. According to the Illinois Code of Professional Responsibility Rule 1.16, an attorney may withdraw from representation of a client under various circumstances.

3. Circumstances warrant SLOL's withdrawal. To wit, the Plaintiff has failed to cooperate in this matter, pay fees and later has requested that SLOL withdraw on this matter after this matter has been settled.

4. The attorneys' fees incurred by the Defendant as a result of the services provided to them by SLOL were reasonable.

5. That all parties and attorneys in this action, via email and through the ECF system, has been notified that this Motion to Withdraw would be presented at this time.

7.	That SLOL has given its client reasonable notice of the time and place of the presentation of this Motion for Leave to Withdraw, by emailing it, via electronic mail, to the client's last known email address.

8.	The Defendant continues to be represented by separate counsel on this matter and, if required, is advised to retain other counsel or to file a supplementary appearance with the Clerk of the Court within 21 days from the entry of an order granting SLOL leave to withdraw as counsel, stating therein an address where notices may be served.

WHEREFORE, Shambee Law Office, Ltd. prays that this Court enter an order granting it leave to withdraw as counsel for the Defendants in this cause.

                Respectfully submitted,

                __s/Juneitha Shambee__
                Attorney for Defendant

Shambee Law Office, Ltd.
701 Main St. Ste. 200A
Evanston, IL. 60202
(773) 741-3602
Attorney No. 6308145