IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Flava Works, Inc.,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-cv- 5957 |
| | ) | |
| v. | ) | |
| | ) | |
| **Marc Juris** | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

TO: All Counsel of Record

Under penalties of perjury pursuant to 28 U.S. Code § 1746 and per Section 1-109 of the Code of Civil Procedure, I hereby certify that on July 29, 2019 before 7:00 p.m., I caused to be delivered the ***Sealed Response to Plaintiff's Motion to Quash*** together with the attachments to the above addressees by placing them in the post office located at 701 Main St.

        __s/Juneitha Shambee_____
        Attorney for Intervenor

Shambee Law Office, Ltd.
701 Main St., Ste. 200A
Evanston, Illinois 60202
(773) 741-3602
Attorney No. 6308145