# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Flava Works, Inc

                    Plaintiff,

v.                                                 Case No.: 1:17−cv−05957
                                                   Honorable Joan B. Gottschall

Marc Juris

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 30, 2019:

      MINUTE entry before the Honorable Joan B. Gottschall: Enter order regarding intervener's amended motion to seal [86]. In accordance with the order, any party may supplement the motion to seal on or before 8/2/19. If no supplemental material is filed, the response and exhibits [89] will be unsealed. See order for further details. Any reply in support of plaintiff's motion to quash [73] is due on or before 8/5/19. The motion hearing set for July 31, 2019, is stricken; no appearance is required to present the motion to seal. The motion hearing set for 8/2/19 shall stand. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.