**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Flava Works, Inc
                            Plaintiff,

v.                                                     Case No.: 1:17–cv–05957
                                                      Honorable Joan B. Gottschall

Marc Juris
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 2, 2019:

      MINUTE entry before the Honorable Joan B. Gottschall: Motion hearing held. Discussions held on the turnover of files. A separate order will issue giving the defendant leave to deposit the settlement amount in the court's registry by 9/3/19. As discussed in open court, once the amount is deposited in the court's registry, counsel for defendant is not required to appear on this case. Plaintiff's oral motion for extension of time to file its reply is granted. The reply is due 8/12/19. Intervenor's motion to seal [86] is granted in part. Parties are instructed to follow Federal Rules of Civil Procedure if they need discovery. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.